# 49930

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: ) CASE NO. 08-16465
)
John & Barbara Kostura, ) CHAPTER 7 CASE
)
        Debtor(s). ) Judge Randolph Baxter

TO THE CLERK OF COURT:

The attached check no. 112 in the amount of $48.35 represents unclaimed funds in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name and address of the parties entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| MCI<br>PO Box 3243<br>Bloomington, IL 61702-3243 | 3 | $ 296.52 | $48.35 |

DATED: March 9, 2010

_____
DAVID O. SIMON, TRUSTEE

---

Unclaimed Funds

**BANK OF AMERICA, N.A.**
32-1/1110 TX
0

DAVID O. SIMON, TRUSTEE
1370 ONTARIO STREET, Suite 450
CLEVELAND, OH 441131744

CHECK NUMBER
**112**

DATE: 03/09/10

AMOUNT: **********48.35

2402534

PAY TO THE ORDER OF
Clerk, U.S. Bankruptcy Court

| CASE NUMBER | ESTATE OF |
|---|---|
| 08-16465    RB | Debtor: KOSTURA, JOHN J<br>Joint Debtor: KOSTURA, BARBARA E |

Forty Eight Dollars And 35/100

_____
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000112⑈ ⑆111000012⑆ 4437268149⑈